UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LETICIA MARRERO,

                      Plaintiff,                    22 **CIVIL** 7982 (KMK)(AEK)

      -against-                             **JUDGMENT**

MARTIN O'MALLEY, COMMISSIONER
OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated March 28, 2024, the Court adopts Judge Krause's R&R in its entirety, denies Plaintiff's Motion for Judgment on the Pleadings, and grants Defendant's Cross-Motion for Judgment on the Pleadings. The final decision of the Commissioner is affirmed. Judgment is entered for the Defendant and this case is closed.

**Dated:**  New York, New York
        March 28, 2024

                                                           **RUBY J. KRAJICK**
                                                            **Clerk of Court**

                              **BY:**
                                                           **Deputy Clerk**